■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENNIE MITCHELL, Appellant. [679 NYS2d 289] —Judgment, Supreme Court, New York County (Antonio Brandveen, J.), rendered on or about January 28, 1997, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Sullivan, J. P., Wallach, Williams and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELVIN FOURNIER, Also Known as ELVIN FOURINER, Appellant. [678 NYS2d 264] —Judgment, Supreme Court, New York County (Alvin Schlesinger, J.), rendered October 1, 1996, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant's claims of ineffective assistance of counsel would require a CPL 440.10 motion in order to further develop the record (*see, People v Love*, 57 NY2d 998). We find that the existing record fails to support defendant's claim that his trial counsel proceeded under a misconception of the elements of the agency defense, and that such record, viewed as a whole, establishes that defendant received meaningful representation (*see, People v Benevento*, 91 NY2d 708). Concur—Sullivan, J. P., Wallach, Williams and Saxe, JJ.